**ROMANO STANCROFF PC**
Mark Romano, Esq. (SBN 244113)
Timothy Whelan, Esq. (SBN 255037)
360 N. Sepulveda Blvd., Suite 1010
El Segundo, CA   90245
Telephone: (310) 477-7990
Fax: (310) 477-7995
mark@thelemonlawattorneys.com

Attorneys for Plaintiff,
JOHN HOBSON JR.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN HOBSON JR.,**<br><br>          Plaintiff,<br><br>     vs.<br><br>**FCA US LLC,  a Delaware Limited Liability Company, and DOES 1 through 10, inclusive**,<br><br>          Defendants. | Case No.:   5:18−cv−01412 JGB-KKx<br><br>**JUDGMENT**<br><br>US District Judge Jesus G. Bernal<br>Magistrate Judge Kenly Kiya Kato |

   Good cause having been shown, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

   Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, John Hobson, Jr.

Defendant FCA US LLC shall pay the sum of $70,000.00, which includes attorney's fees and costs to Plaintiff John Hobson, Jr.

The entire case shall be dismissed with prejudice as to all claims and all parties.

IT IS SO ORDERED.

Dated: May 6, 2019

_____
United States District Judge